*Horace Barnard*, for plaintiff.   *Johnson, Gallup & Huroy*, for defendant.
Motion denied.

---

### MANHATTAN ELECTRIC LIGHT Co., Appellant, *v.* GRANT, Mayor, etc., *et al.*, Respondents.

*(Supreme Court, General Term, First Department.   March 28, 1890.)*

Appeal from special term, New York county.

Action by the Manhattan Electric Light Company against Hugh J. Grant, mayor of New York city, Jacob Hess, and Theodore Moss, constituting the board of electrical control, and the Consolidated Telegraph & Electrical Subway Company, to restrain the execution of a proposed contract between the board of control and the subway company.   Plaintiff obtained a preliminary injunction, which was subsequently dissolved, and it appeals.   For an action involving the validity of the same contract, see *Armstrong* v. *Grant, ante*, 388.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Elihu Root* and *Delancy Nicoll*, for appellant.   *D. H. Peckham, D. W. Cohen*, and *D. J. Dean*, for respondents.

PER CURIAM.   The plaintiff in this action has no such rights secured to it, either by the statutes or the agreement which it has made, as entitle it to interfere with the action of the board of electrical control for the construction of the remaining subways, and no injunction at its suit is required by the circumstances.   The order will therefore be affirmed, with $10 costs and disbursements.

---

### *In re* MARKS.

*(Supreme Court, General Term, First Department.   March 28, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion.   Referee's report confirmed.   See 6 N. Y. Supp. 105.

---

### *In re* MAYOR, ETC., OF THE CITY OF NEW YORK.
### *In re* HEMMER'S ESTATE.

*(Supreme Court, General Term, First Department.   March 28, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Wm. H. Clark*, for the Mayor, etc.   *Feitus & Beck*, for respondent.
No opinion.   Motion denied.

---

### PEOPLE *v.* COLLETI.

*(Supreme Court, General Term, First Department.   March 28, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

The appeal is stricken from the calendar in order that the appellant may procure a properly-certified copy of the record.   See *ante*, 380.

---

### PEOPLE *ex rel.* JAMES, Appellant, *v.* GILON *et al.*, Assessors, Respondents.

*(Supreme Court, General Term, First Department.   March 28, 1890.)*

Appeal from special term, New York county.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Truman H. Baldwin,* for appellant.　*G. L. Sterling,* for respondents.

VAN BRUNT, P. J.　The case of *People* v. *Same Defendants, ante,* 690, {decided herewith,) disposes of the questions involved in this appeal.　The order should be affirmed, without costs.　All concur.